**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| KARL TEPES, | : | |
| | : | |
| Appellant, | : | CIVIL ACTION NO. |
| v. | : | |
| | : | |
| MARIA LOUISA SAGE, | : | 5:2022-CV-02422 |
| | : | |
| Appellee, | : | |
| | : | |

## ORAL ARGUMENT STATEMENT

**AND KNOW COMES**, the Appellant pursuant to the U.S. Rules of Appellate Procedure

Rule 34 states the following:

Appellant believes that there is no need for oral argument because the facts and legal

arguments are adequately presented in the briefs and record, and the decisional process

would not be significantly aided by oral argument.

Date: 10/21/2022

By: __/s/ Charles Laputka_____
Charles Laputka, Esquire
PA I.D. No. 91984
1344 W. Hamilton Street
Allentown, PA 18102
Attorney for Appellant